FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-0417
_____

ERIC GREEN,

Appellant,

v.

CALVIN K. COTTRELL,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Clifton Alan Drake, Judge.

June 14, 2024

PER CURIAM.

AFFIRMED.

KELSEY, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Eric Green, pro se, Appellant.

Alicia D. Carothers and Jennifer A. Hawkins of Warner Law Firm, P.A., Panama City, for Appellee.